UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. **5:20-cv-02564-FLA (MAA)** | Date: **June 7, 2021** |
| Title **Peter Garcia v. Ralph Diaz** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

On February 24, 2021, the Court issued an Order Dismissing Complaint. (ECF No. 13.) The Court ordered Plaintiff Peter Garcia ("Plaintiff") to, no later than March 26, 2021, either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff does not intend to pursue this lawsuit further and will not file a FAC. (*Id*. at 5.) The Court cautioned Plaintiff that "**failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**." (*Id*.)

On March 26, 2021, the Court granted Plaintiff's request for an extension of time to file a FAC, and extended Plaintiff's FAC deadline to April 26, 2021. (ECF No. 17.) In extending Plaintiff's FAC deadline, the Court "**advised that failure to timely file a FAC will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1**." (*Id*.)

To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **July 6, 2021** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

   **Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>
Notice of Dismissal

|   |   |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | JM |