UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GARCIA,<br><br>        Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | Case No. 5:20-cv-02564-MCS-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Summary Judgment, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS THEREFORE ORDERED that the Motion for Summary Judgment be DENIED.

Dated: May 26, 2023

_____
HONORABLE MARK C. SCARSI
United States District Judge